# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00492-CV

**Sight's My Line, Inc., a Florida Corporation, and Stewart Lantz, Appellants**

**v.**

**Riggs Aleshire & Ray, a Texas Professional Corporation;
Blazier, Christensen, Bigelow & Virr, a Texas Professional Corporation; and
Adams & Graham, a Texas Limited Liability Partnership, Appellees**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-14-004583, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Sight's My Line, Inc., a Florida corporation, and Stewart Lantz have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellants' Motion

Filed: September 13, 2018